UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISIONS

| | |
|---|---|
| FIFTH THIRD BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CV 2497 |
| v. ) | |
| ) | |
| THRUSH INVESTMENT COMPANY, INC., ) | Judge Kennelly |
| GEORGE H. THRUSH III, DAVID L. CHASE, ) | Magistrate Ashman |
| WILLIAM J. WOLK and RICHARD H. ) | |
| LILLIE, JR., ) | |
| ) | |
| Defendants. ) | |

THE THRUSH DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Thrush Investment Company, Inc., George H. Thrush III, William J. Wolk, and Richard H. Lillie, Jr. (collectively the "Thrush Defendants") by their attorneys, Schoenberg, Finkel, Newman & Rosenberg, LLC, as their uncontested notice for an extension of time to answer or otherwise plead, state as follows:

1. Plaintiff filed its Complaint on May 1, 2008.

2. The Thrush Defendants executed waivers of summons.

3. Plaintiff and the Thrush Defendants are attempting to settle this matter.

4. The Thrush Defendants requested, and Plaintiff has no objection to, an extension of 21 days for the Thrush Defendants to answer or otherwise plead.

5. This motion is being brought in good faith and not to delay or prejudice any of the parties.

WHEREFORE, Defendants Thrush Investment Company, Inc., George H. Thrush III, William J. Wolk and Richard H. Lillie, Jr., request an additional 21 days to answer or otherwise plead to Plaintiffs' Complaint.

                              Respectfully submitted,

                              **SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC**

                              By: __/s/ William R. Klein_____
                                    One of Defendants' Attorneys

William R. Klein
Schoenberg, Finkel, Newman & Rosenberg, LLC
222 S. Riverside Plaza, Suite 2100
Chicago, IL   60606
312/648-2300
Atty. No. 43280