UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISIONS

| | |
|---|---|
| **FIFTH THIRD BANK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 08 CV 2497 |
| v. ) | |
| ) | |
| **THRUSH INVESTMENT COMPANY, INC.,** ) | Judge Kennelly |
| **GEORGE H. THRUSH III, DAVID L. CHASE,** ) | Magistrate Ashman |
| **WILLIAM J. WOLK and RICHARD H.** ) | |
| **LILLIE, JR.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

To:

John K. Kallman
221 North LaSalle Street
Suite 1200
Chicago, IL 60601

PLEASE TAKE NOTICE that on July 8, 2008 at 9:30 a.m., or soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead in Room 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, and present Defendants' Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is attached hereto and hereby served upon you.

SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC

By:   /s/ William R. Klein

William R. Klein
Schoenberg, Finkel, Newman & Rosenberg, LLC
222 South Riverside Plaza, Suite 2100
Chicago, Illinois 60606-6101
(312) 648-2300

**CERTIFICATE OF SERVICE**

      I, William R. Klein, an attorney, certify that on June 30, 2008, I caused true and correct copies of the foregoing *Notice of Motion* and *Defendants' Motion for Extension of Time to Answer or Otherwise Plead,* to be served electronically, upon the following:

> John K. Kallman
> 221 North LaSalle Street
> Suite 1200
> Chicago, IL 60601

      /s/ William R. Klein
      William R. Klein