# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2497 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Fifth Third Bank vs. Thrush Investment Company, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion for extension of time is granted.  Response to complaint is to be filed by 7/29/08.  Initial status hearing is set for 7/30/08, in Judge Kennelly's chambers (Room 2188).  The parties are directed to comply with Judge Kennelly's standing initial order, which is available on his web page.  Plaintiff's attorney is directed to advise defendant Chase or his counsel of this order.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|