# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 2497

FIFTH THIRD BANK,
V.
THRUSH INVESTMENT COMPANY, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DAVID CHASE

| | |
|---|---|
| NAME (Type or print)<br>J. Samuel Tenenbaum | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ J. Samuel Tenenbaum | |
| FIRM<br>Chuhak & Tecson, P.C. | |
| STREET ADDRESS<br>30 S. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago, IL 6060 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2808315 | TELEPHONE NUMBER<br>(312) 855-4603 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |