IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FIFTH THIRD BANK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Cause No.  08 C 2497 |
| ) | |
| **THRUSH INVESTMENT COMPANY, INC.,** ) | **JUDGE KENNELLY** |
| **GEORGE H. THRUSH, III, DAVID L. CHASE,** ) | |
| **WILLIAM J. WOLK and RICHARD H. LILLIE, JR.**) | **MAGISTRATE JUDGE ASHMAN** |
| ) | |
| **Defendants,** ) | |

**FIFTH THIRD BANK's CORPORATE INTERESTS DISCLOSURE STATEMENT**

Pursuant to Rule 3.2 of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedures, plaintiff Fifth Third Bank (hereinafter "Bank"), by its attorney, John K. Kallman, hereby gives notice of the following corporate interests:

1. The parent company of the Bank is Fifth Third Financial Corporation, which in turn is wholly-owned by Fifth Third Bancorp, a publicly-traded entity.

2. There are no other publicly held entities that own 5% or more of the plaintiff.

Dated:  July 29, 2008:

/s/ John K. Kallman

John K. Kallman
221 N. LaSalle St.
Suite 1200
Chicago, IL 60601
(312) 578-1515 voice
(312) 332-3920 fax
jkkallman@sbcglobal.net

corporate disclosure statement.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FIFTH THIRD BANK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Cause No.  08 C 2497** |
| ) | |
| **THRUSH INVESTMENT COMPANY, INC.,** ) | **JUDGE KENNELLY** |
| **GEORGE H. THRUSH, III, DAVID L. CHASE,** ) | |
| **WILLIAM J. WOLK and RICHARD H. LILLIE, JR.**) | **MAGISTRATE JUDGE ASHMAN** |
| ) | |
| **Defendants,** ) | |

NOTICE OF FILING:
FIFTH THIRD BANK's CORPORATE INTERESTS DISCLOSURE STATEMENT

Please take notice that we have filed electronically with the Clerk of Court this 29th day of July, 2008, plaintiff Fifth Third Bank's Corporate Interests Disclosure Statement.

_____/s/ John K. Kallman_____

John K. Kallman
one of plaintiff's attorneys
221 North LaSalle Street
Suite 1200
Chicago, IL 60601
(312) 578-1515
jkkallman@sbcglobal.net

notice of filing.wpd

**CERTIFICATE OF SERVICE**

      John K. Kallman, the attorney for defendant, certifies that a true copy of the foregoing pleading has been filed electronically in the ECF system, and mechanically served upon each of the following parties

**N/A**

this ___29th___ day of ___July___, 2008, by:

○    **delivery, before 4:00 p.m.**

○    **fax transmission**

**X**    **depositing the same in the United States post box at 221 N. LaSalle St., Chicago, postage fully prepaid, before 5:00 p.m.**

                                                          /s/ John K. Kallman