## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
## Eastern Division

Fifth Third Bank
                    Plaintiff,
v.                                          Case No.: 1:08−cv−02497
                                            Honorable Matthew F. Kennelly
George H. Thrush III, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

   MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 9/3/2008 and continued to 10/21/2008 at 09:30 AM. Response to complaint by defendant Chase is to be filed by 9/26/2008. 26(a)(1) disclosures are to be made by 10/15/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.